UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN TOMAHAWK ALVARADO, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:04-cv-01945-JDT-TAB |
| ) | |
| GLEASON HACKETT, STANLEY KNIGHT, ) | |
| STEVE HALL, DORIS WOODRUFF FILBEY, ) | |
| EVELYN RIDLEY TURNER, ) | |
| ) | |
| Defendants. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  10/04/2005                                         _____
                                                                       John Daniel Tinder, Judge
Laura Briggs, Clerk                                       United States District Court
United States District Court

_____

Deputy Clerk, U.S. District Court

Copies to:

John Tomahawk Alvarado, 151 East High St.  Apt. #4, Painesville, OH   44077
Betsy Isenberg, Office of the Indiana Attorney General, Indiana Government Center
       South, Fifth Floor, 402 West Washington Street, Indianapolis, IN 46204-2770